**In The**

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-12-00539-CV

_____

### IN RE L.A.H.

### Original Proceeding

### MEMORANDUM OPINION

A *pro se* petition for writ of mandamus filed by L.A.H. seeks to compel the trial court to vacate its temporary custody orders appointing the Texas Department of Family and Protective Services as temporary managing conservator of L.J.L. and order the return of L.J.L. to L.A.H. The relator has not established that she is entitled to the relief sought in her petition. Accordingly, we deny the petition for writ of mandamus without prejudice. *See* Tex. R. App. P. 52.8(a).

    PETITION DENIED.

                                             PER CURIAM

Submitted on December 17, 2012
Opinion Delivered January 17, 2013
Before McKeithen, C.J., Kreger and Horton, JJ.